**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

IN RE LETTER OF REQUEST FOR )
INTERNATIONAL JUDICIAL )
ASSISTANCE FROM THE NINTH ) Case No. CIV-26-6-D
FAMILY ORAL COURT OF THE FIRST )
JUDICIAL DISTRICT OF THE STATE )
OF YUCATÁN, UNITED MEXICAN )
STATES, IN THE MATTER OF *MYRIAM* )
*MAETTZY TÉLLEZ GONZÁLEZ v. JESÚS* )
*CORTES OCHOA, AKA JESSE OCHOA* )
*CORTEZ, AKA JESSE CORTEZ, AKA* )
*JESSE O. CORTEZ* )

## ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.4, Assistant United States Attorney Sarah A.

McMurray enters her appearance on behalf of the United States of America. The

undersigned hereby certifies that she is admitted to practice in this Court pursuant to Local

Civil Rule 83.2(f) and that she is registered in the Court's Electronic Case Filing System.

ROBERT J. TROESTER
United States Attorney

*s/ Sarah A. McMurray*
SARAH A. MCMURRAY, #31566
Assistant U.S. Attorney
United States Attorney's Office
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700